**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**HASAN H. KAABNEH**

**VS.**

**WARDEN RICHWOOD CORRECTIONAL CENTER, ET AL.**

**CIVIL ACTION NO. 26-2609**

**SECTION P**

**JUDGE ROBERT R. SUMMERHAYS**

**MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Hasan H. Kaabneh's petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

LAFAYETTE, LOUISIANA, this 17th day of November, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE